JAMES D. HULS AND ASSOCIATIES
*Michael T. Barrett, Sr.*
530 ROCKLAND ROAD, SUITE 400, CRYSTAL LAKE, ILLINOIS 60014
815-455-4755/ Fax: 815-455-5718
*James D. Huls and Michael T. Barrett, Sr.*
michaelbarrettlaw@yahoo.com

Date: __October 30__, 2019

Legal Representation of __Nicole Beyer__ In Chapter 7 Bankruptcy Matters.

The purpose of this Agreement is to confirm the terms and conditions under which you have retained us in connection with your bankruptcy matters, Outlined below is our Legal Services Agreement.

## LEGAL SERVICES AGREEMENT

1. IDENTIFICATION OF PARTIES – This Agreement executed in duplicate with each party, __NICOLE BEYER__ being a person assisted within the meaning of the Bankruptcy Code and hereinafter called ("Client"), and the **Law Office of James D. Huls and Associates,** a "Debt Relief Agency" within the meaning of the Bankruptcy Code, ("Firm"). Pursuant to the required disclosure of the Bankruptcy Code, the Firm represents that:

   **WE ARE A DEBT RELIEF AGENCY, WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE.**

   *Michael T. Barrett, Sr. (Attorney) an Associate with the Firm will be primarily responsible for representing Client in this matter.*

2. LEGAL SERVICES TO BE PROVIDED – The legal services to be provided by the Firm to the Client is the standard representation for Consumer Chapter 7 Bankruptcy cases, as follows:

   A. Analysis of the financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, United States Code.
   B. Preparation and filing of the petition, schedules of assets and liabilities, statement of financial affairs and other documents required by the Court.
   C. Representation of the debtor at the first meeting of creditors (341 Meeting).

3. LEGAL SERVICES SPECIFICALLY EXCLUDED – Client understand and agrees that this Agreement covers on the matters explicitly stated in Paragraph 2 above, and does not obligate the Firm to perform in connection with any other matter, whether related to

1

the explicitly-stated matter or not. This Agreement also does not include representation in any matter or proceeding brought post-discharge when such proceeding has been necessitated by the Client's misrepresentation or omissions in any petition, schedules of assets and liabilities and statement of financial affairs. If Client requests that the Firm provide any legal services not to be provided under this Agreement, a separate written agreement between the Firm and Client will be required.

4. FILING FEES, COSTS AND ATTORNEY FEES – **ALL FILING FEES, COSTS AND ATTORNEY FEES, MUST BE PAID IN FULL BEFORE THE FIRM AGREES TO FILE A PETITION FOR RELIEF, OR TAKE OTHER LEGAL ACTION ON BEHALF OF CLIENT. FEES ARE TO BE DETERMINED AS FOLLOWS AND CLIENT AGREES TO PAY SAME:**

   A. $949.00 flat fee for the above representation. Client is informed this is the Firm's fees and is not set by law but rather is negotiable between the Firm and Client;
   B. $335.00 filing fee charged by the Bankruptcy Court;
   C. $33.00 to pull a single credit report or $66.00 for a credit report on both parties.

Client has paid $ _1317.00_ and has a balance due of $ _0_
Attorney fees and filing costs paid in full this _5th_ day of _November_, 2019
By: _[signature]_

PLEASE MAKE CASHIER'S CHECK PAYABLE TO MICHAEL T. BARRETT, SR.

**CLIENT ACKNOWLEDGES THAT THIS FEE DOES NOT INCLUDE THE FEES OR COSTS ASSOCIATED WITH CONSUMER CREDIT COUNSELING OR FINANCIAL MANAGEMENT CLASSES THAT THE BANKRUPTCY CODE REQUIRES DEBTOR TO TAKE, AND CLIENT ACKNOWLEDGES THESE SERVICES ARE PROVIDED BY THIRD PARTIES WHO ARE NOT RELATED TO ATTORNEY OR FIRM AND THAT THOSE PARTIES INDEPENDENTLY SET THEIR FEES FOR SERVICES. CLIENT FURTHER ACKNOWLEDGES THAT UNDER NO CIRCUMSTANCES SHALL CLIENT INCUR FURTHER DEBT TO PAY THE FEES TO FIRM AND SET FORTH HEREIN.**

The Firm is free to modify this flat fee agreement, after commencement of representation.

- a change in the nature of the matter, as when a Chapter 7 case converts to a Chapter 13 case, or where the included/excluded matters change;

- time elapsed, from the date of this retained agreement to the date of filing exceeds six (6) months and the delay is due to the Client; when this occurs, all information originally received from the Client is out of date and must be completely reviewed and re-entered. Client agrees to pay additional flat fee of $500.00 to continue the Firm's representation. HOWEVER, CLIENT MUST BE INFORMED OF ANY PROPOSED CHANGES IN WRITING AND MUST REACH AGREEMENT WITH THE FIRM AS TO SUCH CHANGES.

5. RESPONSIBILITIES OF THE FIRM AND CLIENT – The Firm will perform the legal services called for under this Agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications. Attorney will maintain the highest standards of conduct, and will adhere to the applicable rules and cannons of the Illinois State Bar. Client will be truthful and cooperative with Attorney and keep Attorney reasonably informed of developments and of Client's address, telephone number and whereabouts. Client will assume all responsibility for the accuracy and completeness of the information provided to the Attorney and his staff. Client further agrees to appear at all hearings, depositions, court appearances, meeting, etc. required by the matter at hand.

6. FIRM'S WITHDRAWAL – The Firm may withdraw from representation of Client on any ground allowed or required by Illinois law and the Illinois Rules of Professional Conduct. These include, but are not limited to, Client payment account delinquency.

7. CLIENT WITHDRAWAL- Client may terminate the representation by the Firm at any time. If this occurs, an assessment of the matter's progress will made to determine what, if any, refunds of advanced fees may be returned. These, as well as any Client funds which may be held in a trust, will be returned promptly.

8. NO GUARANTY REGARDING OUTCOME- Client acknowledges that the Firm made no representation, promise or guarantee regarding the disposition or outcome of this or any phase of the matter and all expressions relative to it are only the opinion of the Attorney.

9. ENTIRE AGREEMENT – This Agreement contains all agreements and representations made by and between the Firm and Client and any alleged agreements or representation not expressly set forth herein are deemed non-existent, null and void. This Agreement shall be construed and enforced in accordance with Illinois law.

10. DECLARATION OF COMMITMENT TO OUR CLIENTS:

    - To treat you with respect and courtesy;
    - To handle your legal matter competently and diligently, in accordance with the highest standards of performance;
    - To exercise independent professional judgment on our behalf;
    - To charge you a reasonable fee and explain in advance how that fee will be computed and applied;
    - To return your telephone calls promptly;
    - To keep you informed and provide you with copies of important papers;

- To report your decisions on the objectives to be pursued in your case, as permitted by law and the Rules of Professional Conduct, including whether or not to settle your case;
- To preserve the Client confidences learned during our lawyer-client relationship;
- To work with other participants in the legal system to make it more accessible and responsive;
- To exhibit the highest degree of ethical standards.

By signing below, I acknowledge I reviewed this entire Legal Services Agreement, understand each and every provision thereto, have had any questions asked in regard thereof answered by the Attorney, and agree to be bound by the terms of this Legal Services Agreement, which I understand is a legally binding contract.

Dated: _11-5-19_                                          x_____
                                                             Debtor

_____                                 _____
Michael T. Barrett, Sr.                                   Joint Debtor